**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON "MOTION OF OBJECTIONS TO AND RECONSIDERATION OF OPINION AND JUDGMENT"
(INCLUDING AMENDMENTS)

Appellate case name:     Gerald E. Gilbert  v. Texas Department of Criminal Justice, et al

Appellate case number:   01-14-00795-CV

Trial court case number: 76482-I

Trial court:             412th Judicial District Court of Brazoria County

Date motion filed:       April 19, 2016

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
                   ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Sherry Radack, and Justices Higley, and Massengale

Date:  June 30, 2016